# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

12/16/2015

NOTICE OF APPEALS
ASSIGNMENT OF COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/16/2015 1:37:35 PM
CHRISTOPHER A. PRINE
Clerk

TO: FIRST COURT OF APPEALS

FROM: DEPUTY CLERK: DUANE C. GILMORE
CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS

CASE NO:    2015-23764        COURT:   165TH        TENTATIVE DUE DATE:    12/24/2015

APPEAL TYPE    ACCELERATED                    CASE STATUS:    READY DOCKET

APPELLANT:    THE UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT HOUSTON, BELLA PATEL, M.D., F.C.C.P., RICHARD W. SMALLING, M.D. PHD, RACKSHUNDA MAJID, M.D. AND FRANCISCO FUENTES

APPELLEE:    TOMAS G. RIOS M.D.

EVENT FILE DATE    12/14/2015        NUMBER OF DAYS: 10

EVENT CODES;    D, OA

FILED BY:    **FRANK A KING**                TBN:    **794091**

DATE ORDER SIGNED    12/7/2015

COURT ASSIGNED TO:    FIRST COURT OF APPEALS

IMAGE NO:    68124242        VOLUME:                PAGE:

MOTION FOR NEW TRIAL FILING DATE:        : N/A

NOTES:        GOVERNMENT DUE

**CHRIS DANIEL**
**Harris County, District Clerk**

By:  **/s/DUANE C. GILMORE**
DUANE C. GILMORE, Deputy

BC    NOTICE OF APPEAL FILED
BG    NOTICE OF APPEAL FILED – GOVERNMENT
C    JUDGMENT BEING APPEALED
D -    ACCELERATED APPEAL
OA    NO CLERK'S RECORD REQUEST FILED W/NOTICE OF APPEAL
O    CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA    AMENDED NOTICE OF APPEAL

**Cause No. 2015-23764**

| | | |
|---|---|---|
| TOMAS G. RIOS, M.D., | § | IN THE DISTRICT COURT |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| THE UNIVERSITY OF TEXAS | § | |
| HEALTH SCIENCE CENTER AT | § | 165th JUDICIAL DISTRICT |
| HOUSTON, BELLA PATEL, M.D., | § | |
| F.C.C.P., RICHARD W. SMALLING, | § | |
| M.D. PhD., RACKSHUNDA MAJID, | § | |
| M.D. and, FRANCISCO FUENTES, | § | |
| M.D., | § | |
| *Defendants.* | § | HARRIS COUNTY, TEXAS |

---

### DEFENDANTS' NOTICE OF INTERLOCUTORY APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants, The University of Texas Health Science Center at Houston, Bella Patel, M.D., F.C.C.P., Richard W. Smalling, M.D. PhD, Rackshunda Majid, M.D. and Francisco Fuentes, M.D., ("Defendants"), hereby gives Notice of Interlocutory Appeal, as follows:

1. The cause appealed from is *Tomas G. Rios, M.D., v. The University of Texas Health Science Center at Houston, Bella Patel, M.D., F.C.C.P., Richard W. Smalling, M.D. PhD, Rackshunda Majid, M.D. and Francisco Fuentes, M.D.*, Cause No. 14-001701-CV-272, in the 165th Judicial District Court of Harris County, Texas, the Honorable Debra Ibarra Mayfield presiding.

2. Defendants appeal from the Order Denying Defendants' Amended Plea to the Jurisdiction and Motion to Dismiss, which was signed and entered on December 7, 2015.

3. Defendants appeal to the First or Fourteenth Courts of Appeals, sitting at Houston, Texas.

*Defendants' Notice of Interlocutory Appeal*                    Page 1 of 3

4.      The parties filing this Notice of Appeal are Bella Patel, M.D., F.C.C.P., Richard W. Smalling, M.D. PhD, Rackshunda Majid, M.D. and Francisco Fuentes, M.D.

5.      This is an accelerated appeal.  *See* TEX. CIV. PRAC. & REM. CODE § 51.014(a)(8) and TEX. R. APP. P. 26.1(b).

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**CHARLES E. ROY**
First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**ANGELA V. COLMENERO**
Chief, General Litigation Division

*/s/ Frank A. King*
**FRANK A. KING**
Texas Bar No. 00794091
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX
frank.king@texasattorneygeneral.gov
*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2015, a true and correct copy of the foregoing document was served via the Court's ECF system to counsel of record:

Jeremy D. Saenz
Wagner Saenz Dority
1010 Lamar St., Suite 425
Houston, TX 77002
jsaenz@wsdllp.com

*/s/ Frank A. King*
**FRANK A. KING**
Assistant Attorney General

8/21/2015 8:26:56 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 6610869
By: CHEVALIER, BEVERLY
Filed: 8/21/2015 8:26:56 PM

Pgs-2

PJURY
DISMZ

CAUSE NO. 2015-23764

| | | |
|---|---|---|
| TOMAS G. RIOS, M.D. | § | IN THE DISTRICT COURT |
| | § | |
| *(PLAINTIFF)* | § | |
| | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| THE UNIVERSITY OF TEXAS | § | |
| HEALTH SCIENCE CENTER AT | § | |
| HOUSTON, BELA PATEL, M.D. | § | |
| F.C.C.P., RICHARD W. SMALLING, | § | |
| M.D. PH.D., RACKSHUNDA MAJID, | § | |
| M.D., AND FRANCISCO FUENTES, | § | |
| M.D. | § | |
| | § | |
| *(DEFENDANT)* | § | 165TH JUDICIAL DISTRICT |

## ORDER DENYING DEFENDANTS'
## AMENDED PLEA TO THE JURISDICTION AND MOTION TO DISMISS

On this the _____ day of _____ , 2015, the Court considered Defendants' Plea to the Jurisdiction and Motion to Dismiss, Plaintiff's Response to Defendants' Plea to the Jurisdiction and Motion to Dismiss, the live pleadings, and the arguments of counsel. Upon reviewing the Motion, Response, Pleadings, and Arguments of counsel, this Court finds that Defendants' Amended Plea to the Jurisdiction and Motion to Dismiss should be:

GRANTED with respect to Plaintiff's breach of contract against UT Health and that cause of action be dismissed with~~out~~ prejudice, until such time as Plaintiff may obtain consent;

DENIED with respect to Plaintiff's claims for tortious interference with an existing contract, tortious interference with future relationships, and defamation against the Doctor Defendants in their individual capacities;

Claims under 42. U.S.C. 1983 against the Doctor Defendants in their individual capacities will remain.

---

Order Denying Defendants' Amended Plea to the Jurisdiction and Motion to Dismiss Page 1

IT IS SO ORDERED.

SIGNED on this the _____ day of _____, 2015.

Signed: *[signature]*
12/7/2015 _____

JUDGE PRESIDING

JWEB   INT   65.10   CIVIL SYSTEM | CIVIL CASE INTAKE | GENERAL PARTY INQUIRY INT65.10   GILMORE, DUANE   DECEMBER 16, 2015

**(7) CONNECTION(S) FOUND.**

| CASE NUM: | 201523764 | PJN: | | TRANS NUM: | | CURRENT COURT: | 165 | PUB: | Please Select |

| CASE TYPE: | OTHER CONTRACT | | CASE STATUS: | READY DOCKET |

| STYLE: | RIOS, TOMAS | | VS | THE UNIVERSITY OF TEXAS HEALTH SCIENCE |

**** ACTIVE PARTIES ****

| PJN | PER/CONN | COC | BAR | PERSON NAME | PTY STAT | ASSOC. ATTY |
|-----|----------|-----|-----|-------------|----------|-------------|
| ☐ | 00007 - 0001 | AGT | | THE UNIVERSITY OF TEXAS HEALTH SCIENCE C | | |
| ☐ | 00006 - 0001 | DEF | 00794091 | SMALLING M D PHD, RICHARD W | | KING, FRANK ANTHONY |
| ☐ | 00005 - 0001 | DEF | 00794091 | FUENTES M D, FRANCISCO | | KING, FRANK ANTHONY |
| ☐ | 00004 - 0001 | DEF | 00794091 | MAJID M D, RUCKSHANDA | | KING, FRANK ANTHONY |
| ☐ | 00003 - 0001 | DEF | 00794091 | PATEL (M D) F C C P, BELA | | KING, FRANK ANTHONY |
| ☐ | 00002 - 0001 | DEF | 00794091 | THE UNIVERSITY OF TEXAS HEALTH SCIENCE C | | KING, FRANK ANTHONY |
| ☐ | 00001 - 0001 | PLT | 24033028 | RIOS, TOMAS | | SAENZ, JEREMY D. |

Submit Query   1   Total Pages   **Submit Query**   **Submit Query**   1   **Submit Query**   **Submit Query**   Records Per-Page   20

| ATY INQ | ACT UPDT | SERV ISSU | DOCU INQ | CASE SUMM INQ | PTY ADDR |
| ATY SUB | MUL ATY SUB | ATY W/DRAWL | PTY W/DRAWL | | |

Harris County Information Technology Center (ITC) Justice Applications